AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

FILED CLERK
2016 AUG -1 AM 10: 44
TX EASTERN-MARSHALL
BY_____

| | | |
|---|---|---|
| ALACRITECH, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:16-cv-695 |
| DELL INC. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DELL INC.
c/o Registered Agent Corporation Service Company
211 E. 7th Street, Suite 620
Austin, Texas 78701-3218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Claude M. Stern
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ___7/1/16___            David A. O'Toole
*Signature of Clerk or Deputy Clerk*

**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
Eastern District of Texas

Case Number: 2:16-CV-695

Plaintiff:
**Alacritech, Inc.**

vs.

Defendant:
**Dell, Inc.**

For:
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX 75604

Received by Austin Process LLC on the 5th day of July, 2016 at 9:03 am to be served on **Dell Inc. by serving its registered agent, Corporation Service Company, 211 E. 7th Street, Ste. 620, Austin, TX 78701**.

I, Dane R. Cuppett, being duly sworn, depose and say that on the **5th day of July, 2016 at 3:00 pm, I:**

delivered to **REGISTERED AGENT** by delivering a true copy of the **Summons and Complaint for Patent Infringement with Exhibits** with the date of service endorsed thereon by me, to: **Sue Vertrees, Corporation Service Company as Authorized Agent** at the address of: **211 E. 7th Street, Ste. 620, Austin, TX 78701** on behalf of **Dell Inc.**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, of sound mind, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was delivered. The facts stated in this affadavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the 5th day of July, 2016 by the affiant who is personally known to me.

NOTARY PUBLIC

NICOLE M. HYBNER
My Notary ID # 129086987
Expires August 9, 2020

Dane R. Cuppett
SCH-7114, Exp. 9/30/16

Austin Process LLC
809 Nueces
Austin, TX 78701
(512) 480-8071

Our Job Serial Number: MST-2016004761
Ref: Alacritech v. Dell